JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LORA LEE SMITH-MILES,                    )    Case No. LA CV 16-3403 JCG
           Plaintiff,                    )    **JUDGMENT**
       v.                                )
NANCY A. BERRYHILL, *Acting*              )
*Commissioner of Social Security*,        )
           Defendant.                     )
_____ )

      IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: *6-12-2017*

_____
               Hon. Jay C. Gandhi
           United States Magistrate Judge